UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| D.R. b/n/f NICCOLE LEWIS; and NICOLE LEWIS, *individually* | § § § | |
| Plaintiffs. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:18–CV–00194 |
| DEVEREUX ADVANCED BEHAVIORAL HEALTH | § § § § | |
| Defendant. | § § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 7, 2019, Defendant Devereux Advanced Behavorial [sic] Health's Motion to Dismiss for Plaintiff's Failure to State a Claim ("Devereux's Motion to Dismiss") (Dkt. 23) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 26. On April 17, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 29) recommending that Devereux's Motion to Dismiss (Dkt. 23) be **DENIED in part and GRANTED in part**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 29) be **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Devereux's Motion to Dismiss (Dkt. 23) be **DENIED in part and GRANTED in part**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 7th day of May, 2019.

_____
George C. Hanks Jr.
United States District Judge