Case 3:18-cv-00194   Document 56   Filed on 12/17/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| D.R. b/n/f NICCOLE LEWIS AND NICCOLE LEWIS, *individually*, Plaintiffs, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:18-cv-00194 |
| DEVEREUX ADVANCED BEHAVIORAL HEALTH, Defendant. | § § § § | |

## ORDER APPROVING SETTLEMENT

On December 17th, 2019, Plaintiffs D.R. by and through his next friend, mother and legal guardian, Niccole Lewis, and Niccole Lewis individually, and Defendant (collectively the Parties) appeared before this Court through counsel to seek approval of the settlement reached by the Parties. The Court appointed Emily A. Fisher as guardian ad litem for the Ward, D.R. (Dkt. #45). Having considered the testimony taken during the hearing and the report and recommendation of Ms. Fisher, the Court is of the opinion that the settlement reached by Plaintiffs and Defendant is well taken, fair, in the best interests of the Ward, and should be approved by the Court.

It is therefore ORDERED, ADJUDGED, AND DECREED that the settlement reached by the Parties as outlined at the hearing is hereby approved by the Court. This Court finds that D.R. meets the qualifications for a special needs trust with the Arc of Texas. All settlement proceeds approved by this Court for ultimate distribution to D.R. shall be placed in a special needs trust with the Arc of Texas.

It is further ORDERED, ADJUDGED, AND DECREED by the Court that Emily A. Fisher, a practicing attorney before this Court who was heretofore appointed guardian ad litem for D.R.

by Order of this Court, is hereby awarded a reasonable fee for her services including costs, which shall be taxed as costs against Defendant in the total amount of $2,655.00.

Signed at Galveston, Texas, this 17th day of December, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE