United States District Court
Southern District of Texas
**ENTERED**
December 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| D.R. b/n/f NICCOLE LEWIS AND | § | |
| NICCOLE LEWIS, individually | § | |
| | § | |
| *Plaintiffs,* | § | |
| VS. | § | CIVIL ACTION No. 3:18-CV-194 |
| | § | |
| DEVEREUX ADVANCED | § | |
| BEHAVIORAL HEALTH, | § | |
| | § | |
| *Defendant* | § | |

## ORDER APPROVING GUARDIAN AD LITEM FEE

On December 17, 2019, came on for consideration by the Court the verified Application for

Compensation for Emily A. Fisher, the Guardian Ad Litem and the Court, after due consideration

finds that the amount of $ _2,655.00_ to be a fair and reasonable fee for the Guardian

Ad Litem.

IT IS ORDERED that the ad litem fee in the sum of $ _2,655.00_ be paid by

Defendant.

Emily A. Fisher, Guardian Ad Litem, is discharged as of the signing of the Judgment in this

case.

SIGNED at Galveston, Texas, on this 17th day of December, 2019.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE