United States District Court
Southern District of Texas
**ENTERED**
December 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| D.R. b/n/f NICCOLE LEWIS AND NICCOLE LEWIS, *individually*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-cv-00194 |
| | § | |
| DEVEREUX ADVANCED BEHAVIORAL HEALTH, | § § § § | |
| Defendant. | | |

## **CONDITIONAL DISMISSAL ORDER**

The Court has entered an order approving settlement after conducting a guardian ad litem hearing on December 17, 2019. Accordingly, it is hereby;

**ORDERED** that Plaintiff's claims against Defendants in the above-styled and -numbered case are **DISMISSED WITHOUT PREJUDICE** to refiling, unless any party represents in writing filed with the Court on or before Friday, January 31, 2020, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this Order, it must be submitted to the Court on or before January 31, 2020.

All pending motions are hereby **DENIED** as moot.

SIGNED at Galveston, Texas, on this 17th day of December, 2019.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE